JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WEISSBACH,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>　　　Defendant. | Case No. 2:20-cv-09124-JAK-JPR<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DKT. 13)** |

　　　Based on a review of the Joint Stipulation To Dismiss Entire Action With Prejudice (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs in this matter.

Dated: Dec. 30, 2020

_____
John A. Kronstadt
United States District Judge